AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Court
Southern District of Texas
FILED

JUL 31 2019

David J. Bradley, Clerk of Court

United States of America
v.
BRADLEY BRITTON
_Defendant_

Case No. 4:19MJ1369

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 7/31/19

_Defendant's signature_

_Signature of defendant's attorney_

Trevor Shorey   24086579   TSBH
_Printed name and bar number of defendant's attorney_