United States District Court
Southern District of Texas
**ENTERED**
September 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:19-CR-00591** |
| | § | |
| BRADLEY BRITTON | § | |
| | § | |
| Defendant. | § | |

## ORDER

Considering the Motion of the Defendant to modify the conditions of release,

IT IS ORDERED that said Motion be and hereby is DENIED.

Signed on Sept 3, 2020.

HONORABLE JUDGE DAVID HITTNER