| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus | § § § | |
| **BRADLEY BRITTON** | | CRIMINAL CASE: **4:19CR00591-1** |

## ORDER TO SURRENDER

The defendant, **BRADLEY BRITTON #97793-479**

having been sentenced to the custody of the Bureau of Prisons, is ordered to

surrender on **Friday, January 21, 2022** by 2:00 pm to:

>  FCI BASTROP
> 1341 HIGHWAY 95 NORTH
> BASTROP, TX 78602
> 512-321-3903

Signed on \_\_\_\_December 21\_\_\_\_, 2021

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE